# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-20-52-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT THOMAS COOPER, | |
| Defendant. | |

Defendant Scott Cooper has filed a Motion to Vacate the Detention Hearing currently set for October 6, 2020. The Government has no objections to the Motion.    Therefore,

IT IS ORDERED that the Detention Hearing currently set for October 6, 2020, at 4:00 p.m. is VACATED.

DATED this 5th day of October, 2020.

John Johnston
United States Magistrate Judge